UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TUSH-EE L. HUNTER,
    Petitioner,

vs.                                      Case No.: 3:25cv163/LAC/ZCB

RICKY DIXON,
    Respondent.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 12, 2025. (Doc. 10). The Court has attempted to furnish the petitioner a copy of the Report and Recommendation and afford hiim an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail was returned as undeliverable. No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

1

2. The case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the Court.

**DONE AND ORDERED** this 14th day of July, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**